```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KATIE ACOSSANO
 6

 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  Mag. No. 05-315-DAD
                                  )
14              Plaintiff,        )
                                  )  STIPULATION AND ORDER
15       v.                       )
                                  )
16  KATIE ACOSSANO,               )  Date:  February 1, 2006
                                  )  Time:  9:00 a.m.
17              Defendant.        )  Judge: Hon. Dale A. Drozd
                                  )
18  _____)
```

19    IT IS HEREBY STIPULATED and agreed to between the United States of

20 America through MATTHEW STEGMAN, Assistant United States Attorney, and

21 defendant, KATIE ACOSSANO, by and through her counsel, LIVIA R. MORALES,

22 Staff Attorney, that the court trial set for January 11, 2006 be

23 rescheduled for Wednesday, February 1, 2006.

24      This continuance is being requested because defense counsel needs

25 more time to prepare.  In particular, defense counsel needs more time

26 investigate Ms. Acossano's medical condition and any defenses Ms.

27 Acossano may have as a result of that condition.

28 ////

```
Dated: December 21, 2005
                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

                                      /s/ Livia R. Morales
                                      _____
                                      LIVIA R. MORALES
                                      Staff Attorney
                                      Attorney for Defendant
                                      EMILIO FLORES

DATED: December 21, 2005
                                      McGREGOR W. SCOTT
                                      United States Attorney


_____       /s/ Matthew Stegman
                                      _____
                                      MATTHEW STEGMAN
                                      Assistant United States Attorney
```

**O R D E R**

IT IS SO ORDERED.

For the reasons stated above, I find that counsel needs additional time to prepare.

DATED: January 4, 2006.

*[signature: Dale A. Drozd]*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/criminal/acossano0415.stipord

2