McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ABRAM M. WATTS
Certified Law Student
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATIE L. ACOSSANO,<br><br>　　　　Defendant | Cr. No. S-05-315 DAD<br><br>STIPULATION AND ORDER<br>CONTINUING COURT TRIAL<br><br>DATE: February 1, 2006<br>TIME: 9:00 A.M.<br>JUDGE: Hon. Dale A. Drozd |

　　The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the court trial, currently scheduled for Wednesday, February 1, 2006 at 9:00 a.m., should be rescheduled for Wednesday, March 1, 2006, at 9:00 a.m.

　　The government is requesting the continuance because Staff Sergeant Richard Aguiar, the arresting officer and an essential witness for the United States, will not be available to testify at the court trial on February 1, 2006.  Therefore, the parties
///
///

1

agree that the hearing date should be continued to March 1, 2006, when this witness would be available to testify.

Dated: January 30, 2006

        McGREGOR W. SCOTT
        United States Attorney

        By: /s/ Matthew Stegman
        MATTHEW STEGMAN
        Assistant U.S. Attorney

Dated: January 27, 2006

        DENNIS WAKS
        Acting Federal Defender

        By: /s/ Livia Morales
        LIVIA MORALES
        Counsel for Defendant

## ORDER

IT IS SO ORDERED.

DATED: January 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal.acossano.stip&order

2