DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATIE ACOSSANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-MJ-0315-DAD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| KATIE ACOSSANO, | Date:  March 29, 2006 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, KATIE ACOSSANO, by and through her counsel, LIVIA R. MORALES, Staff Attorney, that the court trial set for March 1, 2006 at 9:00 a.m. be continued to March 29, 2006 at 9:00 a.m..

This request is being made so defense counsel has reasonable time to prepare and also to investigate new discovery received on February 6, 2006.

Because this is a Class B misdemeanor, the Speedy Trial Act does not apply.

US v. Katie Acossano
Mag No 05-315-DAD
Stipulation & Order

Dated: February 21, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Livia R. Morales
                                        _____
                                        LIVIA R. MORALES
                                        Staff Attorney
                                        Attorney for Defendant
                                        KATIE ACOSSANO

DATED: February 21, 2006

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Stegman
                                        _____
                                        MATTHEW C. STEGMAN
                                        Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: February 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/acossano0315.stip&ord(3)

US v. Katie Acossano
Mag No 05-315-DAD
Stipulation & Order                2