1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  RICHARD SHOEMAKER-MOYLE
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2807

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   MAG. NO. 05-315-DAD
                                 )
12            Plaintiff,         )   GOVERNMENT'S PETITION FOR
                                 )   PROBATION REVOCATION AND ORDER
13       v.                      )
                                 )
14 KATIE L. ACOSSANO,            )   DATE:  July 8, 2008
                                 )   TIME:  10:00 a.m.
15            Defendant.         )   COURT: Hon. Dale A. Drozd
   _____)

16

17      On March 29, 2006, the defendant, KATIE L. ACOSSANO, pled

18 guilty to the following offense:

19            1.   Driving a Vehicle with a Blood Alcohol Content of

20                 .08% or More, in violation of Title 18, United

21                 States Code, Section 13 and California Vehicle

22                 Code Section 23152(b), a misdemeanor.

23      On March 29, 2006, the defendant was given the following

24 sentence by United States Magistrate Judge Dale A. Drozd:

25            1.   The defendant shall pay a fine of six-hundred

26                 ($600) dollars;

27            2.   The defendant shall serve 48 hours of community

28                 service.  The defendant shall successfully

                              1

complete the community service in full by October 1, 2006, and provide written proof of community service, signed by an authorized person at the community service agency, to the U.S. Attorney's Office, Misdemeanor Unit;

3.  The defendant shall pay a ten ($10) dollar special assessment;

4.  The defendant shall enroll and participate in, and successfully complete an alcohol education and counseling program, licensed pursuant to Section 11836 of the California Health and Safety Code and required by California Department of Motor Vehicles, in the defendant's county of residence or employment.  The defendant shall provide proof of enrollment within 30 days of the judgment, to the U.S. Attorney's Office, Misdemeanor Unit. Upon completion of the program, the defendant shall provide proof to the Misdemeanor Unit;

5.  The defendant shall serve a three-year term of unsupervised court probation, pursuant to California Vehicle Code Section 23600.  The defendant shall comply with the standard conditions of probation among other things, the defendant shall notify the U.S. Attorney's Office ten (10) days prior to any change in residence.

The United States alleges that the defendant has violated these conditions as follows:

/////

1.     The defendant has failed to make any payments toward the fine of six-hundred ($600) dollars;

2.     The defendant did not serve 48 hours of community service and has not provided written proof of completing the community service;

3.     The defendant has failed to pay the $10 special assessment;

4.     The defendant has failed to enroll, participate in, and successfully complete an alcohol education class and provide proof of enrollment within 30 days of judgment to the United States Attorney's Office; and,

5.     The defendant did not provide a change of address to the United States Attorneys Office.

The United States therefore petitions this Court to place this matter on its calendar for 10:00 a.m. on July 8, 2008, to allow the defendant to show cause why the probation granted on March 29, 2006, should not be revoked.

///
///
///
///
///
///
///
///
///
///

3

1   All of the above has been related to me by Richard

2   Shoemaker-Moyle.

3       I declare under penalty of perjury that the foregoing is

4   true and correct to the best of my knowledge.

5   DATED: June 12, 2008              Respectfully Submitted,

6                                     McGregor W. Scott
                                      United States Attorney
7

8                                By:  /s/ S. Robert Tice-Raskin
                                      S. Robert Tice-Raskin
9                                     Assistant U.S. Attorney

10

11

12                            ORDER

13      IT IS HEREBY ORDERED that the defendant appear on July 8,

14  2008, at 10:00 a.m., to show cause why the probation granted on

15  March 29, 2006, should not be revoked.

16      IT IS SO ORDERED.

17  DATED: June 13, 2008.

18

19  _____

20  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
21

22  Ddad1/orders.criminal/acossano0315.ord

23

24

25

26

27

28

4

1

<u>CERTIFICATE OF SERVICE BY MAIL</u>

2

     The undersigned hereby certifies that he is an employee in the Office of the United States

Attorney for the Eastern District of California and is a person of such age and discretion to be

3

competent to serve papers; that on June 12, 2008, he served a copy of **GOVERNMENT'S PROBATION**

**REVOCATION PETITION AND NOTICE OF HEARING** by placing said copy in a postpaid envelope addressed

4

to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are

the last known address(es), and by depositing said envelope and its contents in the United States

5

Mail at Sacramento, California.

Addressee(s):

6

Katie Acossano

7

(See address on file)

8

_____

9

10

_____

RICHARD SHOEMAKER-MOYLE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5